LAVINIA LALLY, Respondent, v. EDWARD ADELMAN, Appellant.— Order affirmed, with ten dollars costs and disbursements. The affidavits presented a question of fact whether defendant had violated the preliminary injunction. The affidavit of defendant's father, who had general charge of the premises, concedes that " since the granting of the order the defendant has taken no affirmative action regarding the plaintiff's premises." Defendant did not appeal from the order granting the injunction or obtain any stay on appeal, but applied for a stay of his punishment for contempt of court and in the meantime continued his violation by permitting his sewage to flow on plaintiff's land. In the meantime, as conceded upon the argument, the action has been tried on the merits and judgment for a permanent injunction decreed in plaintiff's favor. It was defendant's duty to promptly and in good faith comply with the preliminary injunction, and we see no reason for interfering with the order appealed from. Blackmar, P. J., Kelly, Jaycox, Manning and Kelby. JJ., concur.

WYNN MERSEREAU, a Foreign Corporation, Respondent, v. EDWIN E. MERSEREAU, Appellant.— Judgment unanimously affirmed, with costs. No opinion. This court makes the additional finding of fact: That the acts of the defendant above found damaged the plaintiff. Present — Blackmar, P. J., Kelly, Jaycox, Manning and Kelby. JJ.

SAL RAMAGLI, Respondent, v. ADOLPH FLESCH and GUSSIE FLESCH, Appellants. — Judgment and order reversed and new trial granted, costs to abide the event, upon the ground that the verdict was contrary to the evidence. Blackmar, P. J., Kelly. Jaycox, Manning and Kelby, JJ., concur.

NATHAN SHOSTACK, Respondent, v. SAMUEL HASKELL and Others, Defendants, Impleaded with ROSE END, Appellant.— Order affirmed, with ten dollars costs and disbursements. (See *Shostack* v. *Haskell*, 116 Misc. Rep. 475.) Blackmar, P J., Kelly, Jaycox, Manning and Kelby, JJ., concur.

*Decision by the Presiding Justice on Application to Appeal from the Appellate*
*Term.*

YETTA GOTTERER, Appellant, v. JACOB COHEN, Respondent.—Application granted.